IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON LOCKETT,

    Plaintiff,

vs.                                            Case No.:1:09-CV-96-SPM/AK

LOWELL CORRECTIONAL INSTITUTION,

    Defendant.

_____/

## ORDER TRANSFERRING CASE

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 3). The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed a response (doc. 4), but it does not contain any objections to the Report and Recommendation. It merely reiterates the facts that preceded the filing of his Complaint. Accordingly, pursuant to Title 28, United States Code, Section 636(b)(1), it is ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 3) is *adopted and incorporated* by reference in this order.

2. This case is hereby transferred to the United States District Court for the Middle District of Florida, Orlando Division.

3. The Clerk is directed to immediately take all steps necessary to

effectuate the transfer.

DONE AND ORDERED this <u>sixth</u> day of May, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge